CALDWELL LESLIE & PROCTOR, PC
CHRISTOPHER G. CALDWELL, SBN 106790
caldwell@caldwell-leslie.com
ROBYN C. CROWTHER, SBN 193840
crowther@caldwell-leslie.com
MICHAEL D. ROTH, SBN 217464
roth@caldwell-leslie.com
1000 Wilshire Blvd., Suite 600
Los Angeles, California 90017-2463
(213) 629-9040
(213) 629-9022 fax

Attorneys for Defendant
GAP, INC.

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN YOON, an individual on behalf of herself, and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE GAP, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  CV08-5712 R (JTLx)<br><br>(Hon. Manuel L. Real)<br><br>**JUDGMENT**<br><br>Date:   December 1, 2008<br>Time:   10:00 a.m.<br>Courtroom:  8<br>    United States District Court<br>    312 N. Spring St.<br>    Los Angeles, CA 90012 |

CALDWELL
LESLIE &
PROCTOR

The Motion of Defendant Gap, Inc. for Summary Judgment on Plaintiff's Second Amended Complaint came on for hearing before this Court, on December 1, 2008, the Honorable Manuel L. Real, United States District Court Judge, presiding. The matters presented to the Court having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff shall take nothing, that Judgment shall be entered in favor of Defendant and against Plaintiff, and that Defendant shall recover its costs in the amount of $_____.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: January 8, 2009      _____
The Honorable Manuel L. Real
United States District Court Judge

Submitted by:

CALDWELL LESLIE & PROCTOR, PC

By _____/s/_____

MICHAEL D. ROTH
Attorneys for Defendant GAP, INC.