1  CALDWELL LESLIE & PROCTOR, PC
   CHRISTOPHER G. CALDWELL, State Bar No. 106790
2     *caldwell@caldwell-leslie.com*
   MICHAEL D. ROTH, State Bar No. 217464
3     *roth@caldwell-leslie.com*
   TINA WONG, State Bar No. 250214
4     *wong@caldwell-leslie.com*
   1000 Wilshire Boulevard, Suite 600
5  Los Angeles, California  90017-2463
   Telephone: (213) 629-9040
6  Facsimile: (213) 629-9022

7  Attorneys for Defendant,
   THE GAP, INC.
8

9             **UNITED STATES DISTRICT COURT**

10      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

11

| SUSAN YOON, | Case No. CV 08-05712 SVW (AJWx) |
|---|---|
| Plaintiff, | |
| v. | **ORDER APPROVING STIPULATION FOR AMENDED PROTECTIVE ORDER NO. 1** |
| THE GAP, INC.; and DOES 1 through 50, inclusive, | |
| Defendants. | DISCOVERY MATTER |
| | (Hon. Andrew J. Wistrich) |

CALDWELL
LESLIE &
PROCTOR

1   FOR GOOD CAUSE SHOWN,

2   The Court hereby approves the Amended Stipulation For Protective Order

3   No. 1, filed July 30, 2010, and directs the parties to abide by its provisions.

4

5   **IT IS SO ORDERED.**

6   Dated:  8/2/2010                                     /s/

7                                                  The Honorable Andrew J. Wistrich
                                                   United States Magistrate Judge

8

9

10

11  Prepared By:

12              /S/

13  CALDWELL LESLIE & PROCTOR, PC
    Attorneys for Defendant,
        THE GAP, INC.